704

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CHARLES EVANS, Petitioner-Appellant.

(No. 58012;

First District (5th Division)—April 19, 1973.

PER CURIAM.

Barry Holt, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and James Carlson, Assistant State's Attorneys, of counsel,) for the People.